| | |
|---|---|
| 1 | MARK D. LONERGAN (State Bar No. 143622) |
| | SUNNY S. HUO (State Bar No. 181071) |
| 2 | M. ELIZABETH HOLT (State Bar No. 263206) |
| | meh@severson.com |
| 3 | SEVERSON & WERSON |
| | A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 5 | Telephone:  (415) 398-3344 |
| | Facsimile:  (415) 956-0439 |
| 6 | |
| | Attorneys for Defendants |
| 7 | WELLS FARGO BANK, N.A., and |
| | AURORA LOAN SERVICES LLC |
| 8 | |
| | Attorneys for Defendant |
| 9 | FIRST AMERICAN TITLE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| JESUS ANGEL AND BARBARA FIMBREZ ANGEL, | Case No:  5:10-CV-04401-LHK |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING CONTINUED HEARINGS ON MOTIONS TO DISMISS, CASE MANAGEMENT CONFERENCE, AND ALL ASSOCIATED DEADLINES |
| vs. | |
| WELLS FARGO BANK, a Business Entity, form unknown; PEOPLES MORTGAGE BANK, a Business Entity, form unknown; FIRST AMERICAN TITLE COMPANY, a Business Entity, form unknown; AURORA LOAN SERVICES; and DOES 1-100, inclusive, | Hearing Date:  April 28, 2011<br>Time:           1:30 p.m.<br>Courtroom:    4, 5th Floor<br>Judge:           Honorable Lucy H. Koh |
| Defendants. | Complaint Filed:  September 29, 2010<br>Trial Date:        None Set |

IT IS HEREBY ORDERED that motion hearings on defendants' motions to dismiss, docket entries [12] and [15], currently scheduled for March 31, 2011, shall be continued to **April 28, 2011, at 1:30 p.m.**, in Courtroom 4, 5th Floor.  The corresponding briefing schedule should likewise be continued in accordance with the schedule set forth in Civil L.R. 7-3.

IT IS FURTHER ORDERED that the case management conference currently scheduled for March 31, 2011, shall be continued to **April 28, 2011, at 1:30 p.m.**, in Courtroom 4, 5th

~~PROPOSED~~] ORDER
Case No.  5:10-CV-04401-LHK

1  Floor.  All attendant deadlines set forth in the Court's Order Setting Initial Case Management
2  Conference and ADR Deadlines, docket entry [6], should likewise be continued accordingly.
3  DATED:   March 11, 2011

*Lucy H. Koh*
The Honorable Lucy H. Koh
U.S. DISTRICT COURT JUDGE