UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS ANGEL, ET AL., )<br>          ) <br>     Plaintiffs,   )<br>v.        )<br>          )<br>WELLS FARGO BANK, ET AL.,,  )<br>          )<br>     Defendants.   )<br>          )<br>          )<br>_____ ) | Case No.: 10-CV-04401-LHK<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

On September 29, 2010, Plaintiffs filed a Complaint alleging various causes of action in connection with a loan on property located at 69 Geil Street, Salinas, California. *See* Compl. [dkt. #1]. Defendants have moved to dismiss all causes of action in the Complaint. The hearing on these motions is set for April 28, 2011. Therefore, Plaintiffs' oppositions to the motions were due on April 7, 2011. *See* Civ. L.R. 7-3. As of the date of this Order, Plaintiff has filed no opposition, or statement of nonopposition, in violation of Civil Local Rule 7-3.

The Court hereby Orders Plaintiffs to show cause why this matter should not be dismissed for failure to prosecute. **By 5:00 p.m., Wednesday, April 27, 2011**, Plaintiffs shall submit a response demonstrating why the matter should not be dismissed. This Order does not constitute

//

//

1

Case No.: 10-CV-04401-LHK
ORDER REQUIRING PLAINTIFF TO SHOW CAUSE

permission to file late oppositions to the pending motions.  Failure to respond will result in dismissal.  The April 28, 2011, 1:30 p.m. hearing on the motions to dismiss remains as set.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-04401-LHK
ORDER REQUIRING PLAINTIFF TO SHOW CAUSE