UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS ANGEL, ET AL., | Case No.: 10-CV-04401-LHK |
| Plaintiffs, | ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | |
| WELLS FARGO BANK, ET AL.,, | |
| Defendants. | |

On September 29, 2010, Plaintiffs filed a Complaint alleging various causes of action in connection with a loan on property located at 69 Geil Street, Salinas, California. *See* Compl. [dkt. #1]. Defendants moved to dismiss all causes of action in the Complaint. The hearing on these motions was set for April 28, 2011. Therefore, Plaintiffs' oppositions to the motions were due by April 7, 2011. *See* Civ. L.R. 7-3. Plaintiffs have filed no opposition, or statement of nonopposition, to any of the motions in violation of Civil Local Rule 7-3.

On April 18, 2011, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for failure to prosecute. *See* Dkt. #23. The Court required Plaintiffs to respond to the OSC by April 27, 2011, warned Plaintiffs that failure to respond would result in dismissal of their action, and stated that the April 28, 2011 hearing on Defendants' motions to dismiss remained as set. Plaintiffs submitted no response to the OSC, and failed to appear at the April 28, 2011 hearing.

1

Case No.: 10-CV-04401-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE

1    Accordingly, Plaintiffs' case is DISMISSED WITHOUT PREJUDICE for failure to
2  prosecute. The Clerk shall close the file.
3  **IT IS SO ORDERED.**

5  Dated: April 28, 2011

_____
LUCY H. KOH
United States District Judge

2
Case No.: 10-CV-04401-LHK
ORDER DISMISSING CASE WITHOUT PREJUDICE